| | |
|---|---|
| 1 | James A. Michel |
| | State Bar No. 184730 |
| 2 | 2912 Diamond St. #373 |
| | San Francisco CA 94131 |
| 3 | 415/ 239-4949 |
| | (Fax 239-0156) |
| 4 | attyjmichel@gmail.com |
| 5 | Attorney for Plaintiff |
| | A. RAHMAN CHALAK |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 10 | A. RAHMAN CHALAK, an individual, | Case No. 3:15-cv-03040-LB |
| 11 | Plaintiff, | |
| 12 | v. | STIPULATION FOR ORDER DISMISSING CASE FOLLOWING SETTLEMENT |
| 13 | ABC LEGAL SERVICES, INC., a Washington corporation; MARIO PENA, individually and in his official capacity; NELSON & KENNARD, ROBERT SCOTT KENNARD, individually and in his official capacity, DISCOVER BANK, a Delaware state chartered bank, and DOES 1 through 10, inclusive, | |
| 18 | Defendants. | |
| 19 | _____/ | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, A. RAHMAN CHALAK, through his attorney, James A. Michel, and Defendants, ABC LEGAL SERVICES, INC., MARIO PENA, NELSON & KENNARD, ROBERT SCOTT KENNARD, and DISCOVER BANK, through their attorney, Robert Scott Kennard, of Nelson & Kennard, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff against Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1);

     2. Each party shall bear its own costs and attorney fees.

DATED: November 10, 2015          /s/ Robert Scott Kennard
ROBERT SCOTT KENNARD
NELSON & KENNARD
Attorney for Defendants
ABC LEGAL SERVICES, INC., MARIO PENA, NELSON & KENNARD, ROBERT SCOTT KENNARD, and DISCOVER BANK

Signature Attestation pursuant to L.R. 5-1 (i)(3)

James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: November 10, 2015          /s/ James A. Michel
JAMES A. MICHEL
Attorney for Plaintiff
A. RAHMAN CHALAK

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: November 13, 2015         
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE